MC    D.C.
ELECTRONIC
Mar 31, 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## 11-20238-CR-KING/BANDSTRA
CASE NO._____

18 U.S.C. § 1029(a)(2)
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 1029(c)(1)(C)
18 U.S.C. § 982(a)(2)(B)

UNITED STATES OF AMERICA

vs.

EMILIO SUAREZ,

    **Defendant.**
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

From on or about January 8, 2011, and continuing through on or about February 25, 2011, in Miami-Dade County, in the Southern District of Florida, the defendant,

**EMILIO SUAREZ,**

did knowingly, and with intent to defraud, use one or more unauthorized access devices during a one-year period, and by such conduct obtained something of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(2).

### COUNTS 2-5

On or about the dates specified as to each Count below, in Miami-Dade County, in the Southern District of Florida, the defendant,

**EMILIO SUAREZ,**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(2), that is, knowingly, and with intent to defraud, using one or more unauthorized access devices during a one-year period, and by such conduct obtaining something of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, as charged in Count 1, did knowingly possess and use, without lawful authority, the means of identification of another person, that is, a credit card account number belonging to another person, as set forth in each Count below:

| Count | Date | Means of Identification |
|---|---|---|
| 2 | January 8, 2011 | Credit card account number: XXXXXXXXXXXX1002 belonging to "R.A.B." |
| 3 | January 10, 2011 | Credit card account number: XXXXXXXXXXXX1002 belonging to "R.A.B." |
| 4 | February 25, 2011 | Credit card account number: XXXXXXXXXXXX2002 belonging to "J.M.L." |
| 5 | February 25, 2011 | Credit card account number: XXXXXXXXXXXX8009 belonging to "G.M.A." |

In violation of Title 18, United States Code, Section 1028A(a)(1).

## CRIMINAL FORFEITURE ALLEGATIONS

1. The allegations in Counts 1 through 5 of this Indictment are realleged and by this reference fully incorporated herein for purposes of alleging forfeiture to the United States of America of certain property in which the defendant, **EMILIO SUAREZ**, has an interest.

2. Upon conviction of the violation alleged in Count 1 of this Indictment, the defendant, **EMILIO SUAREZ**, shall forfeit to the United States all of his right, title, and interest in any personal property that the defendant used or intended to be used to commit such violation pursuant to Title 18, United States Code, Section 1029(c)(1)(C), and any property constituting, or derived from, any proceeds that the defendant obtained, directly or indirectly, as the result of such violation pursuant to Title 18, United States Code, Section 982(a)(2)(B).

3. The property subject to forfeiture includes, but is not limited to, the following:

    (a)    one (1) Seadweller Deepsea SS watch;

    (b)    one (1) Yachtmaster II watch.

All pursuant to Title 18, United States Code, Sections 1029(c)(1)(C), 1029(c)(2), 982(a)(2)(B) and 982(b)(1); and the procedures set forth at Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
JAMIE M. McCALL
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. _____ |
| vs. | |
| EMILIO SUAREZ, | **CERTIFICATE OF TRIAL ATTORNEY*** |
| Defendant. _____ / | **Superseding Case Information:** |

| | | |
|---|---|---|
| **Court Division**: (Select One) | New Defendant(s) | Yes ___ No ___ |
| | Number of New Defendants | ___ |
| _X_ Miami  ___ Key West | Total number of counts | ___ |
| ___ FTL  ___ WPB  ___ FTP | | |

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No)  _Yes_
   List language and/or dialect  _Spanish_

4. This case will take  _2-3_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I   | 0 to 5 days     | _X_ | Petty   | ___ |
   | II  | 6 to 10 days    | ___ | Minor   | ___ |
   | III | 11 to 20 days   | ___ | Misdem. | ___ |
   | IV  | 21 to 60 days   | ___ | Felony  | _X_ |
   | V   | 61 days and over| ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No)  _No_
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)  _No_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No)  _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  ___ Yes  _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?  ___ Yes  _X_ No

_____
JAMIE M. MCCALL
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5501266

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** EMILIO SUAREZ

**Case No:** _____

Count #: 1

Using One or More Unauthorized Access Devices

Title 18, United States Code, Section 1029(a)(2)

*** Max.Penalty:** 10 Years' Imprisonment

Counts #: 2-5

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

***Max. Penalty:** 2 Years' Imprisonment Consecutive to any Other Sentence

Count #:

***Max. Penalty:**

Count #:

***Max. Penalty:**

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**