UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-20238-CR-KING/GARBER


UNITED STATES OF AMERICA,

        Plaintiff,

v.

EMILIO SUAREZ,

        Defendant.

_____/

## DEFENDANT'S OBJECTIONS TO
## PRESENTENCE INVESTIGATION REPORT

COMES NOW, the Defendant, EMILIO SUAREZ, by and through undersigned counsel, and pursuant to Rule 32, Federal Rules of Criminal Procedure, hereby files his Objections to the Presentence Investigation Report (PSI) dated August 4, 2011. The specific paragraphs of the PSI to which Mr. Suarez (Suarez) responds and objects are as follows:

### PART A.  THE OFFENSE
### (pages 4-6 of PSI)

**The Offense Conduct, paragraph 4:**

Without additional information, Suarez objects to the $1,672 loss attributed to the cigar purchase at Neptune Cigars.

**Victim Impact, paragraph 9:**

Based upon the previous objection to the loss amount at Neptune Cigars, Suarez argues the total loss amount is $42,835.

**Adjusted for Acceptance of Responsibility, paragraphs 11, 20 and 21:**

On August 12, 2011, Suarez provided the United States Probation Office with a letter of

acceptance of responsibility.  Therefore, a two-level reduction in the total offense level is warranted.

The total offense level is 10, not 12.

## PART D.  SENTENCING OPTIONS
### (pages 21-22 of PSI)

**Guideline Provisions, paragraph 80:**

Based on a total offense level of 10, the applicable sentencing guideline range is 24-30 months imprisonment.

Respectfully submitted,

MICHAEL CARUSO
INTERIM FEDERAL PUBLIC DEFENDER

By:   *s/ Joaquin Padilla*
       Joaquin Padilla
       Assistant Federal Public Defender
       Florida Bar No. 484636
       150 West Flagler Street, Suite 1700
       Miami, Florida 33130
       Tel:  305-530-7000 / Fax:  305-536-4559
       E-Mail: joaquin_padilla@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on **August 18, 2011**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Joaquin Padilla*
Joaquin Padilla

## SERVICE LIST
## UNITED STATES DISTRICT COURT,
## SOUTHERN DISTRICT OF FLORIDA
## UNITED STATES V. EMILIO SUAREZ
## CASE NO. 11-20238-CR-KING/GARBER

Joaquin Padilla
Assistant Federal Public Defender
150 W. Flagler St., Suite 1700
Miami, FL 33130-1556
Telephone:(305) 530-7000
Facsimile: (305) 536-4559
E-mail: joaquin_padilla@fd.org
Attorney for Defendant
Service Via CM/ECF

Jamie McCall
US Attorney's Office
99 N.E. 4th St
Miami, FL 33132
Telephone: 305-961-9118
Facsimile : 305-530-7976
E-mail: jamie.mccall@usdoj.gov
Attorney for the Government
Service Via CM/ECF