UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20238-CR-KING

UNITED STATES OF AMERICA

v.

EMILIO SUAREZ,

      Defendant.
_____/

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION
## FOR THE APPOINTMENT OF COUNSEL

      The United States, by and through the undersigned Assistant United States Attorney, hereby responds to the Defendant Emilio Suarez's motion for the Court to appoint counsel to represent him and assist in his appeal (the "Motion"), and states the following in support thereof:

      1. On March 31, 2011, a grand jury sitting in the Southern District of Florida indicted the Defendant on five counts, charging the Defendant with: (i) knowingly, and with the intent to defraud, using one or more unauthorized access devices during a one year period, and thereby obtaining $1,000 or more during that period, in violation of 18 U.S.C. Section 1029(a)(2) (Count 1); and (ii) during and in relation to a felony violation of 18 U.S.C. Section 1029(a)(2), knowingly possessed and used, without lawful authority, the credit card number of another person, in violation of 18 U.S.C. Section 1028A(a)(1) (Counts 2-5).

      2. On July 1, 2011, the Defendant pled guilty to Counts 1 and 2. On August 26, 2011, the Defendant was sentenced to a term of imprisonment of 24 months for Counts 1 and 2 (to run concurrent), followed by a 36-month period of supervised release. The United States dismissed Counts 3-5.

3. On September 2, 2011, the Defendant filed a timely notice of appeal of judgment. On September 13, 2011, the Defendant filed the Motion.

4. On October 4, 2011, the Court ordered the United States to respond to the Defendant's Motion by October 9, 2011.

5. Since Assistant United States Attorney Jaime McCall is no longer with the United States Attorney's Office for the Southern District of Florida, the undersigned Assistant United States Attorney filed a notice of reassignment and appearance in this case on October 6, 2011.

6. The United States will oppose any appeal of judgment the Defendant intends to file. However, the United States does not oppose the Defendant's motion for the appointment of counsel to assist in his appeal.

          Respectfully submitted,

          WIFREDO A. FERRER
          UNITED STATES ATTORNEY

By:    s/ Vanessa S. Johannes
      Vanessa Singh Johannes
      Assistant United States Attorney
      99 N.E. 4th Street
      Miami, Florida 33132-2111
      Direct (305) 961-9023
      Fax: (305) 536-7214

## CERTIFICATE OF SERVICE

I hereby certify that, on October 7, 2011, a copy of the foregoing document was electronically uploaded via CM/ECF to the Southern District of Florida's Internet web site at https://ecf.flsd.uscourts.gov/.

 s/ Vanessa S. Johannes
Vanessa Singh Johannes
Assistant United States Attorney