UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20238-CR-KING/MCALILEY

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EMILIO SUAREZ

    Defendant.

_____/

## ORDER ON MOTION FOR APPOINTMENT OF COUNSEL

Pending before the Court is Defendant Emilio Suarez' *pro se* Motion for Appointment of Counsel, which asks the Court to appoint counsel to represent him in his appeal of his conviction. [DE 29]. Mr. Suarez was represented by the Federal Public Defender at the trial level. Following the filing of the motion for appointment, the Federal Public Defender filed a Notice of Assignment, stating that Assistant Federal Public Defender Joaquin Padilla has been assigned to represent Mr. Suarez for the purpose of his appeal, and has filed a Notice of Appearance with the Eleventh Circuit Court of Appeals. [DE 43]. Based on the foregoing, the Court ORDERS that

Defendant Emilio Suarez' Motion for Appointment of Counsel [DE 29] is **DENIED**

**AS MOOT.**

DONE and ORDERED in chambers in Miami, Florida this 12th day of October, 2011.

*[signature]*
CHRIS McALILEY
UNITED STATES MAGISTRATE JUDGE

cc:
The Honorable James Lawrence King
Counsel of record

Emilio Suarez
FDC 95159-004
P.O. Box 019120
Miami, FL 33101-9120